B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Anna Dalach                              ,                Case No. 15-10996

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee Chalet Series III Trust | MTGLQ Investors c/o Shellpoint Mortgage Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Court Claim # (if known): 3-1
Amount of Claim: $113,552.10
Date Claim Filed: 07-20-2015

Phone: 800-603-0836
Last Four Digits of Acct #: 7465

Phone: _____
Last Four Digits of Acct. #: 4072

Name and Address where transferee payments should be sent (if different from above):
SN Servicing Corporation
PO Box 660820
Dallas, TX, 75266-0820

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Connor M Simmons                         Date: 12-26-2018
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I electronically filed the foregoing Transfer of Claim Other Than for Security with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alicja M. Sroka, Attorney for Debtor
Marilyn O. Marshall, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Transfer of Claim Other Than for Security to the following non-ECF participants on the same date:

Anna Dalach
1926 Prairie Square #332
Schaumburg, IL 60173
Debtor.